United States District Court
Southern District of Texas

**ENTERED**

February 23, 2017

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KENNETH WAYNE TRAMBLE, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-2168 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| *Respondent*. | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date,

this civil action is DISMISSED WITHOUT PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on February 23, 2017.

_____
Gray H. Miller
United States District Judge